# Order

Michigan Supreme Court
Lansing, Michigan

July 30, 2008

136859

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

DEXTER DURRELL COOPER,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136859
COA: 280024
Genesee CC: 98-002306-FC

On order of the Court, the application for leave to appeal the June 27, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE that order of the Court of Appeals and REINSTATE the stay imposed by the Court of Appeals on August 27, 2007.

CAVANAGH, J., would deny leave to appeal.

KELLY, J., would deny leave to appeal because she does not believe that the stay should be reinstated.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2008

Clerk

p0729